# Exhibit A

# ACCELL
*connecting you*

**Products**
- Video Cables
- Audio Cables
- Switches & Splitters
- Power Products
- Camera Cables
- Computer Cables

Search Products

Company | Purchase | Press | Support | HOME

## Bring the theater home.™



### Featured Products

**UltraAV HDMI 4-8 Switch**



Send an audio/video signal from one of 4 HDMI sources to 8 displays at once.
Supports up to 1080p Resolution

Learn more about UltraAV HDMI 4-8 Switch

**UltraAV HDMI 4-2 Switch**



The Accell UltraAV

### Reviews
**Read what they are saying about Accell**
Read all Reviews



"Switching between inputs was fast, whether we were connected to a receiver or not. The Accell switcher also didn't flinch when we connected a component using a 65-foot HDMI cable...overall, the Accell was one of the best HDMI switchers we tested"
Read More

**Matthew MosKovciak**
*Senior Editor, CNet*

### News & Events
**April 4, 2008 - Accell's Announces**

HDMI 4-2 Switch is ideal for controlling up to 4 HDMI audio/video sources.

Learn more UltraAV 4-2 Switch

**DisplayPort Cables**
First to Market DisplayPort Cables and Adapters
View Press Release

EXPO
SEPTEMBER 3-7, 2008
Booth 1060

©2007 Accell Corporation. All rights reserved worldwide. Design | Michael Parker
Terms and Conditions | Privacy Policy | Contact Us | Warranty