# Exhibit B

# BizLink

| Home | Contact Us | Sitemap | English | 中文 | 日本語 |

Corporate | Products | Engineering | Facilities | Services | Careers | News

## a Global Manufacturer of Cable Assemblies & Wiring Harnesses



BizLink have received it's TUV certificate for both junction box and connectors. This complete the certification of BizLink's Photovoltaic Interconnection series for Solar Panels including wires. Designed to industry standards, and with a versatile compatibility footprint, these interconnect products will be the industry's #1 choice for PV based solar energy in the future.

Please come to our booth at Intersolar 2008 in Munich, Germany, June 12-14, 2008. We will display our whole Solar product line. more tradeshows



BizLink now presents it's halogen-free DisplayPort cable as a result of a corporate environmentally conscious



BizLink Group
Cable Assemblies and Wiring Harnesses
Connectors
Wire
Optical Components

strategy. Check out our DisplayPort products that you now can get halogen-free.



BizLink receive UL approval for halogen-free power cord (Nema 5-15 to IEC 320). BizLink designs and mass-produces power cords for a multitude of industries and applications, including PCs and office equipment, consumer electronics, appliances, medical equipment, and test & measurement equipment.



BizLink receive ISO13485 certificate from TUV (January 11, 2008) for its Medical Business Unit in Shenzhen Factory, China. BizLink have great experience of manufacturing cable assemblies and wiring harnesses for medical equipment.



DisplayPort™ is a new digital display interface standard put forth by the Video Electronics Standards Association (VESA). DisplayPort will be the next generation digital interface designed to replace VGA, LVDS and DVI. BizLink now have a complete series of cable assemblies, dongles and connectors. ...more



BizLink's solar cables are now TÜV certified. Colors available are black, blue



and red. These solar cables, are meeting all requirement for the solar energy market and will be a perfect choice for any solar panel installation. They are electro beam cross-linked, resistant to UV, water, ozone, fluids, oil, salt and general weathering.



The new BizLink HDMI connectors and cable assemblies are compliant with the new HDMI 1.3 specification ratified in June 2006. Interconnect based on HDMI technology are expected to be the predominant technology for digital audio-visual signals in the future.



BizLink Medical BU received "Best New Product Introduction" award of 2006 from GEHC China. This is a great achievement and proves our determination in the medical field and a great addition to the "Best Project Coordination" award of 2005 from GEHC China.

The new generation of interconnectivity solutions for the data storage industry is Serial Attached SCSI (SAS). With a point-to-point architecture in which storage devices connect directly to the SAS ports increases data throughput and improve the ability to fix disk failures. Read more about our SAS connectors here.

Copyright 2007, BizLink. All rights reserved.