# Exhibit C

US00D484098S

(12) **United States Design Patent**     (10) Patent No.:     **US D484,098 S**

Lee     (45) Date of Patent:     ** Dec. 23, 2003

(54) **POWER CENTER**

(75) Inventor: **Kendrew Lee**, Fremont, CA (US)

(73) Assignee: **Monster Power (a division of Monster LLC)**, Las Vegas, NV (US)

(**) Term: **14 Years**

(21) Appl. No.: 29/173,956

(22) Filed: **Jan. 8, 2003**

(51) LOC (7) Cl. .................................................. **13-03**
(52) U.S. Cl. ................................................... **D13/139.8**
(58) Field of Search ........................ D13/139.1, 139.6, D13/139.7, 139.8; 439/620, 650, 651, 652, 654

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D350,916 S | * | 9/1994 | Rossman et al. | ....... | D13/139.8 |
| D350,939 S | * | 9/1994 | Rossman et al. | ....... | D13/139.8 |
| D368,467 S | * | 4/1996 | Parshad | ................. | D13/139.8 |
| D368,893 S | * | 4/1996 | Harwood et al. | ........ | D13/139.8 |
| D397,088 S | * | 8/1998 | Heung et al. | .......... | D13/139.6 |
| D409,978 S | * | 5/1999 | Stekelenburg | ......... | D13/139.6 |
| 5,984,728 A | * | 11/1999 | Chen et al. | ............. | 439/535 X |
| D446,503 S | * | 8/2001 | Lee | ....................... | D13/139.8 |
| D458,225 S | * | 6/2002 | Stekelenburg | ......... | D13/139.8 |
| 6,410,994 B1 | * | 6/2002 | Jones et al. | ............. | 439/369 X |
| D467,875 S | * | 12/2002 | Barger et al. | .......... | D13/139.8 |

* cited by examiner

*Primary Examiner*—Joel Sincavage
(74) *Attorney, Agent, or Firm*—LaRiviere, Grubman & Payne, LLP

(57) **CLAIM**

The ornamental design for a power center, as shown and described.

**DESCRIPTION**

A portion of the disclosure of this design patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the U.S. Patent and Trademark Office patent files or records, but otherwise reserves all copyright rights whatsoever.

FIG. 1 is a perspective view of a first embodiment of a power center, in accordance with the present invention.

FIG. 2 is a top view of a first embodiment of a power center, in accordance with the present invention.

FIG. 3 is a bottom view of a first embodiment of a power center, in accordance with the present invention.

FIG. 4 is a side view of a first embodiment of a power center, in accordance with the present invention.

FIG. 5 is a corresponding side view of a first embodiment of a power center, in accordance with the present invention.

FIG. 6 is a rear view of a first embodiment of a power center, in accordance with the present invention.

FIG. 7 is a front view of a first embodiment of a power center, in accordance with the present invention.

FIG. 8 is a perspective view of a second embodiment of a power center, in accordance with the present invention.

FIG. 9 is a top view of a second embodiment of a power center, in accordance with the present invention.

FIG. 10 is a bottom view of a second embodiment of a power center, in accordance with the present invention.

FIG. 11 is a side view of a second embodiment of a power center, in accordance with the present invention.

FIG. 12 is a corresponding side view of a second embodiment of a power center, in accordance with the present invention.

FIG. 13 is a rear view of a second embodiment of a power center, in accordance with the present invention.

FIG. 14 is a front view of a second embodiment of a power center, in accordance with the present invention.

The broken lines are for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





Figure 1



Figure 2



Figure 3



Figure 4

Figure 5



Figure 7



Figure 6



Figure 8




Figure 9



Figure 10



Figure 11

Figure 12



Figure 14



Figure 13